**Order entered July 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01409-CV

**LEATHA A. MUNAI, Appellant**

**V.**

**WILLIAM K. MUNAI, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF 04-04859**

## ORDER

The Court has before it appellant's July 2, 2013 third motion for extension of time to file her brief. The Court **GRANTS** the motion in part and **ORDERS** appellant to file her brief within thirty days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE